UNITED STATES DISTRICT COURT
STATE OF NEVADA

MARTIN CENTENO,  )
        Plaintiff  )
   )
- versus -  ) CASE NO. 2:11-cv-02105-GMN-RJJ
   )
MORTGAGE ELECTRONIC REGIS)
TRATION SYSTEM (MERS);  )
BANK OF AMERICA, N.A.;  )
MTC FINANCIAL INC.,  )
dba TRUSTEE CORPS;  )
NEVADA LEGAL NEWS; ET AL., )
        Defendants.  )
_____)

### NOTICE TO DISMISS
### AS TO DEFENDANT MORTGAGE
### ELECTRONIC REGISTRATION SYSTEMS, INC.
### AND ORDER

COMES NOW the undersigned Plaintiff, and to this Court, respectfully submits this NOTICE TO DISMISS WITHOUT PREJUDICE as to defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

WHEREFORE, it is respectfully requested that this motion be granted and that this case be considered withdrawn or dismissed as to defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Dated: March 21, 2012

*(signature)*
MARTIN CENTENO
5541 High Wager Way, Unit 102
Las Vegas, NV 89122
Plaintiff – Pro Se

**IT IS SO ORDERED** this 27th day of March, 2012.

*(signature)*
Gloria M. Navarro
United States District Judge