# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARTIN CENTENO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:11-cv-02105-GMN-RJJ |
| | ) | |
| BANK OF AMERICA, N.A., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Counsel for Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to Fed. R. Civ. P. 4(m),

**IT IS THEREFORE ORDERED** that the action is hereby dismissed without prejudice as to the defendant Nevada Legal News, LLC.

**DATED** this 30th day of July, 2012.

_____
Gloria M. Navarro
United States District Judge