1
2
3
4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

5
6

MARTIN CENTENO,                                    )
                                                   )
7            Plaintiff,                             )
                                                   )
8                                                  )
   vs.                                             )        2:11-cv-02105-GMN-RJJ
9                                                  )
   BANK OF AMERICA, N.A., *et al.*,                )
10                                                 )
             Defendants.                           )
11                                                 )
   _____        )
12
13

**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m)**
**OF THE FEDERAL RULES OF CIVIL PROCEDURE**

14
15

         Counsel for Plaintiff having failed to show good cause why this action should not

16   be dismissed without prejudice for failure to effect timely service pursuant to Fed. R. Civ.

17   P. 4(m),

18           **IT IS THEREFORE ORDERED** that the action is hereby dismissed without

19   prejudice as to the defendant Nevada Legal News, LLC.

20           **DATED** this 30th day of July, 2012.

21
22
                                         _____
23                                       Gloria M. Navarro
                                         United States District Judge
24
25
26
27
28